1 COREY M. ESCHWEILER, ESQ.
Nevada Bar No. 6635
2 ADAM D. SMITH, ESQ.
Nevada Bar No. 9690
3 GLEN J. LERNER & ASSOCIATES
4 4795 South Durango Drive
Las Vegas, Nevada 89147
5 Telephone: (702) 877-1500
Facsimile: (702) 933-7043
6 *Attorneys for Lessman Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1, RES-ADC VENTURE, LLC, a Delaware limited liability company, | Case No. 2:10-CV-1084-JCM-GWF |
| Plaintiff, | |
| vs. | |
| STEPHEN B. AIZENBERG, an individual; PHILIP H. DAVIS, an individual; FRED LESSMAN, an individual; PHD DEVELOPMENT, INC., a Nevada corporation; S.B.A. DEVELOPMENT, INC., a Nevada corporation; and the FRED LESSMAN 2001 LIVING TRUST, | SUBSTITUTION OF COUNSEL |
| Defendants. | |

COME NOW, Defendants, FRED LESSMAN and FRED LESSMAN 2001 LIVING TRUST, (hereinafter "Lessman Defendants") in the above-captioned matter, and hereby consent to the substitution of Corey M. Eschweiler Esq., and Adam D. Smith, Esq., of the Law offices of GLEN J. LERNER & ASSOCIATES, located at 4795 South Durango Drive, Las Vegas, Nevada 89147 in the place and stead of Flangas McMillan Law Group to represent the Lessman Defendants in the above entitled action.

DATED this ___ day of March, 2011.

_____
FRED LESSMAN, individually and as Trustee of the Fred Lessman 2001 Living Trust

1

1  KIM D. PRICE, Esq. of the Law Offices of Flangas McMillan Law Group does hereby agree with and give his consent to the substitution in his place and stead of Corey M. Eschweiler, Esq., and Adam D. Smith, Esq., of the Law offices of GLEN J. LERNER & ASSOCIATES, to act as attorneys of record for the Lessman Defendants in the United States district Court, Case No: 2:10-cv-1084-JCM-GWF.

DATED this 24th day of FEBRUARY, 2011.

FLANGAS McMILLAN LAW GROUP

By: _____
John R. McMillan, Esq.
Nevada Bar No. 0925
Kim D. Price, Esq.
Nevada Bar No. 7873
3275 S. Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Defendants SBA Development, Stephen B. Aizenberg, Fred Lessman, and the Fred Lessman 2001 Living Trust*

COREY M. ESCHWEILER, ESQ. and ADAM D. SMITH, ESQ., of the Law Offices of GLEN J. LERNER & ASSOCIATES do hereby agree to substitute in as attorneys of record for Lessman Defendants in the place of FLANGAS McMILLAN LAW GROUP in the United States District Court, Case No: 2:10-cv-1084-JCM-GWF.

DATED this 28th day of February, 2011.

GLEN J. LERNER & ASSOCIATES

_____
COREY M. ESCHWEILER, ESQ.
Nevada Bar No. 6635
ADAM D. SMITH, ESQ.
Nevada Bar No. 9690
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
*Attorneys for Lessman Defendants*

**CERTIFICATE OF MAILING**

I hereby certify that on this 3rd day of March, 2011, I deposited in the United States Mail, postage prepaid, and faxed a true and correct copy of the foregoing Substitution of Counsel to following:

Cam Ferenbach, Esq.
Lionel Sawyer & Collins
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

John R. McMillan, Esq.
Kim D. Price, Esq.
Flangas McMillan Law Group
3275 S. Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452

_____
An Employee of Glen Lerner & Associates

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED: March 4, 2011**

3