# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1, RES-ADC VENTURE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN B. AIZENBERG, *et al.*,<br><br>Defendants. | Case No.  2:10-cv-01084-JCM-GWF<br><br>**ORDER**<br><br>Motion to Withdraw (#30) |

This matter is before the Court on John R. McMillan, Esq., Gus W. Flangas, Esq., Kim D. Price, Esq. and the Flangas McMillan Law Group's Motion to Withdraw as Counsel of Record (#30), filed March 21, 2011.

The movants request leave to withdraw as counsel of record for Defendants Stephen Aizenberg and S.B.A. Development, Inc.  To date, no party has filed a response to this motion and the time for opposition has now expired.  Furthermore, the movants substantially establish good cause for the withdrawal.  In addition, Defendant Aizenberg will continue to be represented by David A. Colvin of the law firm of Marquis & Aurbach, P.C.  Accordingly,

**IT IS HEREBY ORDERED** that John R. McMillan, Esq., Gus W. Flangas, Esq., Kim D. Price, Esq. and the Flangas McMillan Law Group's Motion to Withdraw as Counsel for Defendants Stephen Aizenberg and S.B.A. Development, Inc. (#30) is **granted**.

**IT IS FURTHER ORDERED** that Defendant S.B.A. Development, Inc. must retain new counsel before **May 4, 2011** if it intends to continue to litigate this matter.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Defendant S.B.A. Development, Inc. to the civil docket:

    **S.B.A. Development, Inc.**
    **4511 W. Cheyenne Ave., Suite 105**
    **Las Vegas, NV 89032**;

2. serve Defendant S.B.A. Development, Inc. with a copy of this order at its last known address listed above.

DATED this 14th day of April, 2011.

_____
**GEORGE FOLEY, JR.**
**U.S. MAGISTRATE JUDGE**