# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| MULTIBANK 2009-1, RES-ADC VENTURE, LLC,<br><br>                                  Plaintiff,<br><br>vs.<br><br>STEPHEN B. AIZENBERG, *et al.*,<br><br>                                  Defendants. | Case No.  2:10-cv-01084-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the Plaintiff's Second Request for Extension of Scheduled Deadlines (#32) filed March 23, 2011. To date, no party has responded to this motion and the time for opposition has now passed. LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." As a result, the Court will grant the present motion. Accordingly,

**IT IS ORDERED** that Plaintiff's Second Request for Extension of Scheduled Deadlines (#32) is **granted**, subject to the District Judge granting Plaintiff's Motion to Amend and Supplement Complaint (#31). The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **September 2, 2011**
2. Last date to amend pleadings and add parties: **June 2, 2011**
3. Last date to file interim status report: **June 2, 2011**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **June 2, 2011**
5. Last date to disclose rebuttal experts: **July 2, 2011**
6. Last date to file dispositive motions: **October 2, 2011**

. . .

. . .

7. Last date to file joint pretrial order: **November 2, 2011**

DATED this 19th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge