# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN B. AIZENBERG, et al., <br><br> Defendants. | 2:10-CV-1084 JCM (GWF) |

## ORDER

Presently before the court is plaintiff's motion to amend and supplement complaint. (Doc. #31). To date, the defendants have not responded.

Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." The local rules of federal practice in the District of Nevada qualify this rule and require that a plaintiff submit a proposed, amended complaint along with the motion to amend. LR 15-1(a).

Plaintiff has complied with the local rule by attaching a proposed, amended complaint (doc. #31, ex. 1) and has represented to the court that "[e]ach of defendants' counsel had agreed in principle to permit the amendment to the complaint . . . However, the attorney for SBA Development, Inc., filed a Motion to Withdraw As Counsel of Record on March 21, 2011 (doc. #31) citing a lack of communication with the client, necessitating this motion in lieu of a stipulation." (Doc. #31 at 3:8–12). On April 14, 2011, the court allowed SBA's attorney to withdraw; however, no objection to the motion to amend was filed in the interim.

**James C. Mahan**
**U.S. District Judge**

Accordingly, pursuant to the liberal standard allowing leave to amend when justice so requires,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to amend and supplement complaint (doc. #31) is GRANTED.

IT IS FURTHER ORDERED that the plaintiff shall file and serve his amended complaint forthwith.

DATED April 27, 2011.

*/s/ James C. Mahan*
_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -