DAVID R. JOHNSON
djohnson@wthf.com
Nevada Bar No. 006696
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone:  702-789-3100
Facsimile:   702-822-2650

Attorneys for Defendants Philip H. Davis
and PHD Development, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MUTIBANK 2009-1 RES-ADC VENTURE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN B. AIZENBERG, an individual; PHILIP H. DAVIS, an individual; FRED LESSMAN, an individual; PHD DEVELOPMENT, LLC, a Nevada limited liability company; S.B.A. DEVELOPMENT, INC., a Nevada corporation; and THE FRED LESSMAN 2001 LIVING TRUST,<br><br>Defendants. | CASE NO.: 2:10-cv-01084-JCM-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants, PHILIP H. DAVIS and PHD DEVELOPMENT, LLC, hereby substitute DAVID R. JOHNSON, ESQ. of the law firm of WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. as their attorney in the above-entitled action in the place and stead of the law firm of IGLODY LAW OFFICE dated this 9th day of MAY, 2011.

_____
PHILIP H. DAVIS

_____
PHD DEVELOPMENT, LLC

LASVEGAS 11927.1 103271.001

## CONSENT TO SUBSTITUTION

The law firm of IGLODY LAW OFFICE hereby consents to the substitution of the law firm of WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P., as attorney for Defendants, PHILIP H. DAVIS and PHD DEVELOPMENT, LLC, in the above-entitled action, in its place and stead.

Dated this 10 day of May, 2011.

IGLODY LAW OFFICE

Lee I. Iglody, Esq.
9555 South Eastern Avenue, Ste. 280
Las Vegas, NV 89123

## ACCEPTANCE OF ATTORNEY

DAVID R. JOHNSON, ESQ. of the law firm of WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. does hereby agree to be substituted in place and stead of the law firm of IGLODY LAW OFFICE in the above-entitled action.

Dated this 10 day of May, 2011.

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

DAVID R. JOHNSON, ESQ.

This substitution of counsel is made subject to the provisions of with LR IA 10-6 (c) and (d) and in full conformity thereof.

IT IS SO ORDERED.

GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: May 20, 2011

LASVEGAS 11927.1 103271.001

- 2 -

## PROOF OF SERVICE

I am a citizen of the United States and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3993 Howard Hughes Parkway, Suite 400, Las Vegas, Nevada 89169. On May 19, 2011, I served a copy of the within document(s):

**SUBSTITUTION OF ATTORNEY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Cam Ferenbach, Esq.
cferenbach@lionelsawyer.com
Kirby J. Smith, Esq.
ksmith@lionelsawyer.com
Lionel Sawyer & Collins
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

Adam D. Smith, Esq.
asmith@glenlerner.com
Glen J. Lerner & Associates
4795 South Durango Drive
Las Vegas, NV 89147
*Attorney for Defendant
Fred Lessman and The Fred Lessman
2001 Living Trust*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LASVEGAS 11927.1 103271.001                                             - 3 -

1 | I declare under penalty of perjury under the laws of the State of Nevada that the above is
2 | true and correct.
3 | Executed on May 19, 2011, at Las Vegas, Nevada.

*/s/ Sarah Quesada*

An Employee of Watt, Tieder, Hoffar & Fitzgerald, LLP

LASVEGAS 11927.1 103271.001

- 4 -