# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV TVL, LLC, a Florida limited liability company,<br><br>　　　　　　Plaintiff,<br><br>TOWN VISTAS, LLC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:10-CV-01084-JCM-GWF<br><br>**ORDER** |

　　　Presently before the court is plaintiff RES-NV TVL, LLC's motion for clerk's entry of default against defendant S.B.A. Development, Inc. (Doc. #49).  Defendant has not replied.

　　　Plaintiff's motion seeks entry of default against defendants Towne Vistas, LLC and S.B.A. Development, Inc. on the grounds that both entities failed to file an answer to the amended complaint.  The clerk of the court entered default against Towne Vistas on June 3, 2011 and referred the default regarding S.B.A. to this court.

　　　Though defendant S.B.A. filed an answer to the original complaint on September 2, 2010, (doc. #9), plaintiff was granted leave to amend the complaint on April 27, 2011 (doc. #36). Plaintiff filed its amended complaint on April 28, 2011.  (Doc. #37).  S.B.A. has failed to file an answer or otherwise respond to the amended complaint.

　　　Accordingly,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for clerk's entry of default against defendant S.B.A. Development, Inc. (doc. #49) be, and the same hereby is, GRANTED.

DATED: August 29, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE