# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1, RES-ADC VENTURE, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEPHEN B. AIZENBERG, *et al.*,<br><br>                    Defendants. | Case No.  2:10-cv-01084-JCM-GWF<br><br>**ORDER**<br><br>Motion for Removal from CM/ECF Service List (#66) |

This matter comes before the Court on Flangas McMillan Law Group's Ex Parte Motion for Removal from CM/ECF Service List (#66), filed on October 10, 2011. On April 14, 2011, the Court granted Flangas McMillan Law Group's Motion to Withdraw as attorney for Defendant Aizenberg. (*See* #33.)   It is therefore no longer necessary that counsel receive CM/ECF notice of ongoing proceedings.  Accordingly,

**IT IS HEREBY ORDERED** that Flangas McMillan Law Group's Ex Parte Motion for Removal from CM/ECF Service List (#66) is **granted**. The Clerk of the Court shall remove John R. McMillan, Gus W. Flangas and Kim D. Price from the CM/ECF Service list in this case.

DATED this 11th day of October, 2011.

                                                           */s/ George Foley Jr.*
                                                    GEORGE FOLEY, JR.
                                                    United States Magistrate Judge