# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RES-NV, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:10-cv-1084-JCM-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TOWNE VISTAS, LLC, et al., | ) | Motion to Strike Jury Demand (#61) |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Plaintiff's Motion to Strike Jury Demand (#61), filed on September 20, 2011, and Defendants Philip H. Davis and PHD Developments, LLC's Non-Opposition to Plaintiff's Motion to Strike Jury Demand (#64), filed on October 6, 2011. No other Defendant has filed a response to Plaintiff's Motion and the time for doing so has now expired. Local Rule 7-2(d) states that "failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Therefore, in light of Defendants Philip Davis and PHD Development's non-opposition to the instant motion and the remaining Defendants' failure to file a response, the Court grants Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Jury Demand (#61) is **granted**.

DATED this 11th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge